# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Onway Transport, LLC,

    Plaintiff,

v.

J.W. Logistics Operations, LLC,

    Defendant.

Case No. 2:20-cv-2147

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On April 8, 2021, Magistrate Judge Deavers issued a Report and Recommendation ("R&R"), ECF No. 32, recommending that the Court enter default against Defendant J.W. Logistics Operations, LLC ("Defendant") for failure to appear and defend this case. Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 2. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. The Clerk is **DIRECTED** to enter default against Defendant.

IT IS SO ORDERED.

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**